UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                          CASE NO. 05-80810
                                             HON. LAWRENCE P. ZATKOFF

MICHAEL ANTHONY CLARK, et. al.,

       Defendants.

_____/

## ORDER EXTENDING PRETRIAL MOTION FILING DEADLINE

The Court HEREBY ORDERS that the deadline for filing pretrial motions is extended from October 31, 2005 to December 5, 2005.

The Court FURTHER ORDERS that the interests of justice served by this extension outweigh the interest of the defendant and the public in a speedy trial; and that the delay is excludable for Speedy Trial Act (18 USC 3161, et seq.) purposes.

IT IS SO ORDERED.

                                                   s/Lawrence P. Zatkoff
                                                   LAWRENCE P. ZATKOFF
                                                   UNITED STATES DISTRICT JUDGE

Dated:  November 4, 2005

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 4, 2005.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290