**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        Plaintiff,               **CRIMINAL NO.   05-80810**

vs.

                                    **HON. LAWRENCE P. ZATKOFF**

**D-1  MICHAEL ANTHONY CLARK,**
     a.k.a. "Mike Nitty," a.k.a. "Mike,"
**D-2  KEVIN LENARD YOUNGBLOOD,  a.k.a."Kev"**
**D-3   CHARLES RILEY GADSON. a.k.a. "Chuck,"**
**D-4  JAMES JACKSON, a.k.a. "Ziggy,"**
**D-5  FNU LNU, a.k.a. "Tio,"**
**D-6 TODD DUANE BENALLY, a.k.a. "T," a.k.a. "Roberto Jose Garcia," a.k.a. "Rojo,"**
**D-7 TREYVAN AGEE, a.k.a. "James Clark," a.k.a. "C-Pebble,"**
**D-8 BESSIE BLOUNT HOWARD,**
**D-9 ALISSA CANTY,**
**D-10 STEPHANIE HELENE BAXTER,**
**D-11 RAMANDO ANTONE WELLONS, a.k.a. "Donut,"**
**D-12 JERRY L. SEXTON, a.k.a. "J,"**
**D-13 LEE H. GILMORE, a.k.a. "Crazy Lee,"**
**D-14 LEON JOHNSON, Jr., a.k.a. "Nick,"**
**D-15 FELIX PEDRO BETANCO,**

                         **Defendants.**
_____/

**REVISED STIPULATION OF THE PARTIES REQUESTING AND EXTENSION OF THE PLEA CUT-OFF DATE**

      IT IS HEREBY stipulated and requested by the undersigned attorneys for the parties that the plea cut-off scheduled for July 17, 2006 be adjourned by approximately 30 (thirty) days until August 16, 2006. *See* E.D. Mich. LCrR 12.1(a) and LR 7.1. The parties make this request due to the complexity of the case, the inordinate amount of discovery, and the parties need for additional time to engage in pretrial negotiations.

The parties agree therefore stipulate and agree, pursuant to 18 U.S.C. §3161(h)(8)(A) – "The Speedy Trial Act," the time period caused by this stipulation shall be deemed excludable delay. The parties also stipulate and agree that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

_____  _____
s/KAREN M. GIBBS (No Mich. P#)  /with consent of JOHN ROYAL & CORBETT OMEARA
Assistant U.S. Attorney  Attorneys for Defendant Michael Anthony Clark
211 W. Fort St., Ste. 2001  93 Kercheval, Suite 3
Detroit, Michigan 48226  Grosse Pointe Farms, MI 48236
E-Mail: Karen.Gibbs@usdoj.gov  (313)882-7450
Phone: 313-226-9705

_____  _____
/with consent of Mark H. Magidson  /with consent of Walter C. Pookrum
Attorney for Kevin L. Youngblood  Attorney for Charles Riley Gadson
645 Griswold St., Suite 2110  645 Griswold Street, Suite 1862
Detroit, Michigan 48226  Detroit, Michigan 48226
(313)963-4311  (313)963-7300

_____  _____
/with consent of Timothy P. Murphy  with consent of William Otis Culpepper
Attorney for James Jackson  Attorney for Todd Duane Benally
20816 Eleven Mile Road, Suite 111  645 Griswold St., Suite 3963
St. Clair Shores, MI 48081  Detroit, Michigan 48226
(586)779-8416  (313)963-5310

_____
/with consent of Daniel J. Blank
Attorney for Treyvan Agee
30150 Telegraph Road
Suite 444
Bingham Farms, MI 48025
(248)645-1466

_____  _____
/with consent of Ronald Kaplovitz  /with consent of Steven A. Fishman
Attorney for Alissa Canty  Attorney for Stephanie Helene Baxter
2057 Orchard Lake Road  615 Griswold Street, Ste. 1125
Sylvan Lake, MI 48320  Detroit, MI 48226
(248)333-3666  (313)962-4090

| | |
|---|---|
| _____ | _____ |
| /with consent of Edward Wishnow | /with consent of Randall C. Roberts |
| Attorney for Ramando Antone Wellons | Attorney for Jerry L. Sexton |
| 240 Daines | 2008 Hogback Road |
| Birmingham, MI 48009 | Suite 1 |
| (248)258-1991 | Ann Arbor, Michigan 48105 |
| | (734)677-3393 |
| | |
| _____ | _____ |
| /with consent of Gerald Evelyn | /with consent of Steven E. Scharg |
| Attorney for Leo Johnson Jr. | Attorney for Lee H. Gilmore |
| 645 Griswold Street, Suite 2000 | 615 Griswold St., Suite 1125 |
| Detroit, Michigan 48226 | Detroit, MI 48226 |
| (313)962-3960 | (313)962-4090 |
| | |
| _____ | _____ |
| /with consent of Milton Henry | agreed by Sharon Payne |
| Attorney for Bessie Blount Howard | Counsel seeking Substitution |
| 2560 Vhay Ln | 24566 Southfield Road |
| Bloomfield Hills, MI 48304 | Southfield, Michigan 48075 |
| (248)646-3103 | (248) 424-9270 |

DATED:  August 1, 2006

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        Plaintiff,                    **CRIMINAL NO.   05-80810**

vs.

                                         **HON. LAWRENCE P. ZATKOFF**

**D-1  MICHAEL ANTHONY CLARK,**
     a.k.a. "Mike Nitty," a.k.a. "Mike,"
**D-2  KEVIN LENARD YOUNGBLOOD,  a.k.a."Kev"**
**D-3  CHARLES RILEY GADSON. a.k.a. "Chuck,"**
**D-4  JAMES JACKSON, a.k.a. "Ziggy,"**
**D-5  FNU LNU, a.k.a. "Tio,"**
**D-6 TODD DUANE BENALLY, a.k.a. "T," a.k.a. "Roberto Jose Garcia," a.k.a. "Rojo,"**
**D-7 TREYVAN AGEE, a.k.a. "James Clark," a.k.a. "C-Pebble,"**
**D-8 BESSIE BLOUNT HOWARD,**
**D-9 ALISSA CANTY,**
**D-10 STEPHANIE HELENE BAXTER,**
**D-11 RAMANDO ANTONE WELLONS, a.k.a. "Donut,"**
**D-12 JERRY L. SEXTON, a.k.a. "J,"**
**D-13 LEE H. GILMORE, a.k.a. "Crazy Lee,"**
**D-14 LEON JOHNSON, Jr., a.k.a. "Nick,"**
**D-15 FELIX PEDRO BETANCO,**

                            **Defendants.**
_____/

## REVISED ORDER GRANTING THE PARTIES REQUEST TO EXTEND THE PLEA CUT-OFF DEADLINE

**IT IS HEREBY ORDERED**, that the plea cut-off date is hereby extended by approximately,

30 (thirty) days, from July 17, 2006 to August 16, 2006**.** The Court having been specifically advised

in the premises of the parties' stipulation and agreement, and recognizing the complexity

of this case and the number of defendants in the case, the Court hereby finds that the time requested

to establish the new plea cut-off date is reasonable.  Therefore,

**IT IS ALSO ORDERED,** pursuant to 18 U.S.C. §3161(h)(8)(A) that the time period caused by this stipulation shall be deemed excludable delay.

**IT IS FINALLY ORDERED**, that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial

**IT IS SO ORDERED.**

 s/Lawrence P. Zatkoff
HONORABLE LAWRENCE P. ZATKOFF
United States Federal District Judge

Dated:   August 9, 2006