**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

                                 **CASE NO. 05-80810**
**vs.**                             **HON. LAWRENCE P. ZATKOFF**

**MICHAEL ANTHONY**
**CLARK, et al.,**

       **Defendants.**

_____/

## ORDER

**1.**    **Revised Sentencing Dates and Times**

On August 16, 2006, the nine defendants listed below pleaded guilty, and all nine defendants were given a sentencing date of November 14, 2006. The Court finds that sentencing all nine defendants on November 14, 2006, is no longer possible. Accordingly, the Court hereby designates the following dates and times for sentencing the defendants who pleaded guilty on August 16, 2006:

| | |
|---|---|
| Alissa Canty | Tuesday, November 14, 2006, at 9:15 a.m. |
| Charles Gadson | Tuesday, November 14, 2006, at 10:15 a.m. |
| Stephanie Baxter | Tuesday, December 5, 2006, at 9:00 a.m. |
| Leon Johnson | Tuesday, December 5, 2006, at 10:00 a.m. |
| Jerry Sexton | Tuesday, December 5, 2006, at 11:00 a.m. |
| Lee Gilmore | Thursday, December 7, 2006, at 9:00 a.m. |

|  |  |
|---|---|
| Treyvan Agee a/k/a Cornell Lewis | Thursday, December 7, 2006, at 11:00 a.m. |
| Kevin Youngblood | Thursday, December 7, 2006, at 2:30 p.m. |
| Todd Benally | To be determined at such time as he is arrested |

**2.      Submission of Documents related to Sentencings**

With respect to the sentencing for each defendant (other than Alissa Canty and Charles Gadson), the Court hereby ORDERS that all written submissions to the Court regarding any of the foregoing sentences be made to and received by the Court no later than seven (7) calendar days prior to the applicable sentencing date.  Specifically, all parties and counsel are hereby instructed that all materials that any party desires the Court to consider with respect to any defendant's sentence (including, without limitation, sentencing memoranda, issues and/or objections to Presentence Investigation Reports, 5k1.1 motions, letters of family, friends, co-workers, etc.) must be received by the Court no later than seven (7) days prior to such defendant's sentence.

With respect to Defendants Canty and Gadson, all written submissions must be received by the Court by the close of business on Friday, November 10, 2006.

**3.      Unsealing of Rule 11 Plea Agreements and Cooperation Agreements**

To the extent that any Rule 11 Plea Agreement or Cooperation Agreement has been sealed in this case with respect to any defendant (whether listed above or not), the Court hereby ORDERS that all such Rule 11 Plea Agreements and Cooperation Agreements be

unsealed immediately.  IT IS FURTHER ORDERED that the Government obtain a copy of

each such Rule 11 and Cooperation Agreement and provide copies of the same to the Court

no later than the close of business on Friday, November 10, 2006.

      IT IS SO ORDERED.


                    s/Lawrence P. Zatkoff
                    LAWRENCE P. ZATKOFF
                    UNITED STATES DISTRICT JUDGE

Dated:  November 8, 2006

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 8, 2006.


                    s/Marie E. Verlinde
                    Case Manager
                    (810) 984-3290